IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EUGENE DICKERSON,                    :
           Plaintiff,          :          1:13-cv-1993
                               :
       v.                           :          Hon. John E. Jones III
                               :
GARY GORDON, *et al.,*                :
           Defendants.         :

# ORDER

**September 30, 2015**

**NOW, THEREFORE,** upon consideration of Defendants' motion (Doc. 58) for summary judgment, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 58) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to **ENTER** judgment in favor of Defendants and against Plaintiff.

3. The Clerk of Court is directed to **TERMINATE** the motion (Doc. 52) to dismiss filed by Defendants Pall and Musial.

4. The Clerk of Court is further directed to **CLOSE** this case.

5. Any appeal from this order is DEEMED frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                         s/ John E. Jones III
                         John E. Jones III
                         United States District Judge